IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY WAYNE BECKETT | § | |
| VS. | § | CIVIL ACTION NO. 1:22cv211 |
| JEFFERSON COUNTY CORRECTIONAL FACILITY, ET AL. | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Ricky Wayne Beckett, an inmate at the LeBlanc Unit, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing this action for failing to state a claim upon which relief may be granted.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. A copy of the Report and Recommendation was mailed to Plaintiff at the address provided to the Court. No objections to the Report and Recommendation of United States Magistrate Judge have been filed.

Plaintiff has failed to state any specific deadlines that were missed or nonfrivolous legal claims that were dismissed as a result of the alleged denial of adequate access to the law library while he was confined at the Jefferson County Correctional Facility. Further, a review of the cases referenced in plaintiff's amended pleading fails to reveal Plaintiff suffered any prejudice

regarding his pursuit of a nonfrivolous legal claim or challenge to his conviction as a result of the conditions during the time he was confined at the Jefferson County Correctional Facility.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the Report and Recommendation of Magistrate Judge is ADOPTED. A separate Final Judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 11th day of October, 2024.**

Michael J. Truncale
United States District Judge